IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMMERCE AND INDUSTRY | § | |
| INSURANCE COMPANY | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:10cv45-LG-RHW |
| | § | |
| BLACKHAWK MARINE & | § | |
| INDUSTRIAL CONTRACTORS, LLC, | § | |
| JUSTINE T. BALLAY, and | § | |
| JOHN DOES 1-10 | § | DEFENDANTS |

## DEFAULT JUDGMENT

This matter having come on to be heard on the Motion for Default Judgment against Blackhawk Marine & Industrial Contractors, LLC, [11] filed by the plaintiff, Commerce and Industry Insurance Company, the Court, after a full review and consideration of the plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Commerce and Industry Insurance Company is entitled to a default judgment against Blackhawk Marine & Industrial Contractors, LLC, in the amount of $302,632.00, as well as prejudgment and postjudgment interest in the amount of eight percent per annum and its costs.

**SO ORDERED AND ADJUDGED** this the 15th day of October, 2010.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE